UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Case No. 26-15138-LMI

Maria Ely

Chapter 13

Debtor

_____/

## DEBTOR'S EXPARTE MOTION FOR EXTENSION OF TIME TO FILE THE BALANCE OF SCHEDULES, CHAPTER 13 PLAN AND PAYMENT ADVICE

COMES NOW, the Debtor, by and through the undersigned counsel and respectfully request an extension of time to file the Chapter 13 Plan; Summary of Your Assets and Liabilities and Certain Statistical Information, Schedules A-J; Statement of Financial Affairs; Declaration Concerning Debtors Schedules; Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 and Payment Advices; and in support thereof, as follows:

1. On April 23, 2026, the Debtor filed a voluntary petition in bankruptcy.
2. The Chapter 13 Plan; Summary of Your Assets and Liabilities and Certain Statistical Information, Schedules A-J; Statement of Financial Affairs; Declaration Concerning Debtors Schedules; Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 and Payment Advices are due on May 7, 2026.
3. The Debtor will need an additional twenty (20) days to prepare because of the need to gather all the necessary information from creditors.
4. The Debtor requests that this Court grant an additional extension of twenty (20) days, until May 27, 2025, to prepare and file Chapter 13 Plan; Summary of Your Assets and Liabilities and Certain Statistical Information, Schedules A-J; Statement of Financial Affairs; Declaration Concerning Debtors Schedules; Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 and Payment Advices; pursuant to Rule 3015 of the Federal Rules of Bankruptcy Procedure.
5. The meeting of creditors is scheduled for June 12, 2026.

WHEREFORE, Debtor respectfully requests entry of an Order Granting Additional Time to file Chapter 13 Plan; Summary of Your Assets and Liabilities and Certain Statistical Information, Schedules A-J; Statement of Financial Affairs; Declaration Concerning Debtors Schedules; Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 and Payment Advices.

I CERTIFY I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1(A).

Dated: May 11, 2026

By:   /S/ James A. Poe, Esq.

James Alan Poe, P.A.
Fla. Bar No. 107956
9200 S. Dadeland, Suite 510
Miami, FL 33156
Phone: 305-670-3950
Fax: 305-670-3951